IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Kings Nissan, Inc.

    Plaintiff,        Civil Action No.: 13-01085
v.                (WFK)(JO)

Kings Autoshow, Inc. and
Kings Autoshow II, Inc.        **RULE 7.1 STATEMENT**

    Defendant.


Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KINGS AUTOSHOW, INC. and KINGS AUTOSHOW II, INC. ( private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:


None.


Date:   June 27, 2013        ____/Daniel P. Burke/_____
                 Daniel P. Burke (DB 1416)
                 DANIEL P. BURKE & ASSOCIATES PLLC
                 240 Townsend Square
                 Oyster Bay, New York  11771
                 (516) 802-0560
                 dburke@dpburke.com