DANIEL P. BURKE

GEORGIA DAMOULAKIS

LAW OFFICES OF
# DANIEL P. BURKE & ASSOCIATES, PLLC
240 TOWNSEND SQUARE
OYSTER BAY, NEW YORK  11771
(516) 802-0560
FAX: (516) 802-0562

PATENTS, TRADEMARKS
& COPYRIGHTS

DBurke@DPBurke.com
GDamoulakis@DPBurke.com

July 10, 2013

**Via ECF**
Honorable William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Kings Nissan, Inc. v. Kings Autoshow, Inc. and Kings Autoshow II, Inc.
                1:13-cv-01085-WFK-JO

Dear Judge Kuntz,

    Our firm represents the Defendants, Kings Autoshow, Inc. and Kings Autoshow II, Inc. in the above-referenced action.

    There are two unrelated, but very similar, actions which were filed on the same day as our action.  We reviewed the docket sheets for all three actions and did not see any document which would have brought this fact to the attention of the Court.  This letter is respectfully submitted simply to make sure that the Court is aware of the similarities between our action and those other two actions.  We are not specifically requesting that the Court take any action at this time, but we believe the Court might want to know about the similarities between these three actions, if it was not already aware of them, for purposes of judicial efficiency.

    The other actions are:

Kings Nissan, Inc. v. Kings Leasing Inc., 1:13-cv-01083-RRM-VVP and
Kings Nissan, Inc. v. Kings Automotive Holdings, LLC. et. al., 1:13-cv-01084-KAM-RLM.

Honorable Judge William F. Kuntz, II
July 10, 2013
Page 2

      While the Defendants in the three actions are unrelated, the three complaints are essentially identical. The three actions involve the same alleged service mark of plaintiff Kings Nissan, the same New York State service mark registration, and the same federal service mark application. The three actions are presently assigned to three different Judges and three different Magistrate Judges.

      Respectfully submitted,

Daniel P. Burke (DB 1416)
240 Townsend Square
Oyster Bay, NY 11771
Tel: 516-802-0560
Fax: 516-802-0562
dburke@dpburke.com

cc: Edward P. Ryan, Esq. (via ECF)