UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Docket No. CV-13-1085(WFK) (JO)
KINGS NISSAN, INC.,                                         :

                            Plaintiff,   :   STIPULATION
                                             AND ORDER
                                                :   OF DISMISSAL

                   *- against -*

                                                :

KINGS AUTOSHOW, INC. and
KINGS AUTOSHOW II, INC..                                    :
                            Defendants.
------------------------------------------------------------x

       This Stipulation and Order of Dismissal is dated as of August 27, 2014, and is being entered into by and between the plaintiff, KINGS NISSAN, INC., a New York corporation having an address at 2758 Coney Island Avenue, Brooklyn, NY 11235, and defendants, KINGS AUTOSHOW, INC., a New York corporation having an address at 5815 Church Ave., Brooklyn, NY 11203, and KINGS AUTOSHOW II, INC., a New York corporation having an address at 5906 Church Ave., Brooklyn, NY 11203, concerning the above entitled action.

       Pursuant to the terms of a Settlement Agreement executed by the parties on August 13, 2014, the parties hereby stipulate to the dismissal of all claims and counterclaims in the above-referenced action, with prejudice.

       IN WITNESS WHEREOF the parties' respective counsel have caused this Stipulation and Order of Dismissal to be signed as of the date hereinabove first set forth.

                                        So Ordered:

                                                                            _____
                                                                            HON. WILLIAM F. KUNTZ

TUTUNJIAN & BITETTO, P.C.
*Attorneys for the Plaintiff*

By: ___*/s/ Ed Ryan*___
     Edward P. Ryan (ER-6661)

425 Broadhollow Rd., Suite 302
Melville, NY 11747
Tel. (631) 844-0080
Fax (631) 844-0081
edr@tb-iplaw.com


DANIEL P. BURKE & ASSOCIATES, PLLC
*Attorneys for the Defendants*

By: ___*/s/ Daniel P. Burke*___
     Daniel P. Burke (DB-1416)

240 Townsend Square
Oyster Bay, NY 11771
Tel. (516) 802-0560
Fax (516) 802-0561
dburke@dpburke.com